UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DINA JACOB,　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　　　:　　**ORDER OF PARTIAL**
　　　　　　　　　　　　　　　　　　　　　　　:　　**DISMISSAL**
　　　　　　　　　　　　　　　　　　　　　　　:
PORTFOLIO RECOVERY ASSOCIATES, LCC　　:　　20 CV 5706 (VB)
and EQUIFAX INFORMATION SERVICES,　　　:
LLC,　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　　　　　:
--------------------------------------------------------------x

　　　　　The Court has been advised plaintiff and defendant Equifax Information Services, LLC ("Equifax"), have settled.  Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Equifax only.  Any application to restore the action must be made by no later than September 11, 2020.  To be clear, any application to restore the action must be filed by September 11, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

　　　　　All scheduled deadlines, conferences, or other scheduled court appearances are cancelled as to defendant Equifax only.

　　　　　The Clerk is instructed to terminate defendant Equifax from the docket.

Dated: August 11, 2020
　　　　 White Plains, NY　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Vincent L. Briccetti
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge